B6C (Official Form 6C) (4/10)

In re **Charles Cedric Claiborne,**
**Veronica Kalu Claiborne** , Case No. **10-49607**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 169 Iris Road<br>Hercules, CA 94547 | C.C.P. § 703.140(b)(1) | 3,000.00 | 350,000.00 |
| **Cash on Hand** | | | |
| Cash | C.C.P. § 703.140(b)(5) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| B of A<br>Checking $1,000.00<br>Savings $-0- | C.C.P. § 703.140(b)(5) | 5,000.00 | 5,000.00 |
| Chevron Federal Credit Union, Joint<br>Checking $3,500.00 | | | |
| Chevron Federal Credit Union<br>Checking $500.00 | | | |
| **Household Goods and Furnishings** | | | |
| Household goods includes, 3 TVs, 2 DVDs, 1 Stereo and 2 Computers | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 703.140(b)(4) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 2 Guns | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401K, $10,000.0<br>Roth IRA $10,000.00<br>IRA, $50,000.00<br>Retirement account, $125,000.00<br>Roth IRA, $15,000.00<br>Pension $ Unknown | C.C.P. § 703.140(b)(10)(E) | 250,000.00 | 250,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Possible 2009 tax refund | C.C.P. § 703.140(b)(5) | 7,000.00 | 7,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1995 Honda Accord | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| 1996 Mazda pickup | C.C.P. § 703.140(b)(2) | 1,400.00 | 1,400.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Time share | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| | Total: | 270,340.00 | 617,340.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Case: 10-49607   Doc# 14   Filed: 10/25/10   Entered: 10/25/10 08:56:35   Page 1 of 1
Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                    Best Case Bankruptcy