```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-49607 RLE |
| **CHARLES CEDRIC CLAIBORNE and VERONCA KALUE CLAIBORNE,** | Chapter 13 |
| Debtors. | DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |

I, Charles Claiborne, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on August 23, 2010, I was the owner of the real property located at 169 Iris Road, Hercules, CA 94547 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $350,000.00, as evidenced by my Schedule A, a copy of which is attached as Exhibit A and made a part hereof.

5. The property is encumbered by a First Deed of Trust in favor of PNC Bank, National Association successor by merger to National City Bank in the sum of $501,211.59 as evidenced by its proof of claim filed on September 08, 2010, a copy of which is attached as Exhibit B and made a part hereof.

6. Contra Costa Federal Credit Union is the beneficiary of a Second Deed of Trust against the property in the sum of $100,390.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit C and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 26, 2010            /s/ Charles Claiborne
                                             CHARLES CLAIBORNE