```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599           The following constitutes
LAW OFFICES OF PATRICK L. FORTE       the order of the court. Signed November 19, 2010
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354             _____
                                           Roger L. Efremsky
Attorneys for Debtors                      U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-49607 RLE |
| **CHARLES CEDRIC CLAIBORNE and VERONICA KALUE CLAIBORNE,** | Chapter 13 |
| **Debtors.** | **ORDER VALUING LIEN OF CONTRA COSTA FEDERAL CREDIT UNION** |

On October 27, 2010, Charles and Veronica Claiborne (hereinafter Debtors) served a motion to value the lien of Contra Costa Federal Credit Union (hereinafter Lienholder) against the property commonly known as 169 Iris Road, Hercules, CA 94547, which lien was recorded in Contra Costa County on or about August 17, 2006 as document 026071300 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Charles and Veronica Claiborne
169 Iris Road
Hercules, CA 94547

Attn: Officer
PNC Bank, National Association
222 Delaware Avenue
Wilmington, Delaware 19899

Attn: Officer
Contra Costa Federal Credit Union
1111 Pine St.
Martinez, CA 94553

Attn: Officer
Contra Costa Federal Credit Union
P.O. Box 966
Martinez, CA 94553-0096

Attn: Officer
Contra Costa Federal Credit Union
P.O. Box 509
Martinez, CA 94553

Contra Costa Federal Credit Union
c/o Fletcher Harms & Palmeri
433 Callan Ave. #301
San Leandro, CA 94577
Attn: Richard Harms


Requests for Special Notice:

PNC Bank, National Association
c/o PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Attn: Paul Oudom

| | |
|---|---|
| 1 | GE Money Bank |
| 2 | c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120 |
| 3 | Miami, FL 33131-1605<br>Attn: Ramesh Singh |